# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOYCE CHRISTIANSON, a.k.a.,<br>Joyce Lambert,<br><br>　　　　Defendant. | NO. 4:18-CV-5087-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is Plaintiff United States of America's Motion for Summary Judgment (ECF No. 11). This matter was submitted for consideration without oral argument. The Court has reviewed the record and file herein, and is fully informed.

The matter was submitted to the Honorable Magistrate Judge John T. Rodgers, who issued a Report and Recommendation (ECF No. 20) on March 4, 2019. The R&R recommended granting Plaintiff's Motion for Summary Judgment

and gave the parties until March 18, 2019, to submit any objections. No objection has been filed by either party.

For the reasons stated in the Report and Recommendation, the Court adopts the Report and Recommendation (ECF No. 20) and GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 11).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation (ECF No. 20).

2. Plaintiff United States of America's Motion for Summary Judgment (ECF No. 11) is **GRANTED**. Judgment in favor of the United States shall be entered in the total amount of **$69,607.80** (comprised of $35,322.92 principal, plus $33,801.66 interest to 1/4/2019, plus $483.22 interest to 3/19/2019 ($6.53 per day for 74 days)) at the post-judgment rate of interest provided by 28 U.S.C. § 1961, **2.52% per annum**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to the parties, and **close** the file.

**DATED** March 19, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR SUMARY JUDGMENT ~ 2