# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:18-CV-5087-TOR |
| | ) | |
| | ) | |
| JOYCE CHRISTIANSON, a.k.a., Joyce Lambert, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ J _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The Plaintiff United States of America recover from the Defendant Joyce Christianson, a.k.a Joyce Lambert the amount
of $69,607.80 (comprised of $35,322.92 principal, plus $33,801.66 interest to 1/4/2019, plus $483.22 interest to
3/19/2019 ($6.53 per day for 74 days)) at the post-judgment rate of interest provided by 28 U.S.C. § 1961, 2.52% per
annum.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Thomas O. Rice        on Plaintiff's Motion for
Summary Judgment ECF No. 11 and the Report and Reccommendation at ECF No. 20.

Date:  March  19, 2019                        CLERK OF COURT

                                             SEAN F. McAVOY

                                             s/ Linda L. Hansen
                                                *(By) Deputy Clerk*

                                             Linda L. Hansen